# Exhibit B



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

November 03, 2023

Cibik Law P.C.
Michael Assad
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Subject: Response to Federal Civil Bankruptcy Subpoena

Case name: in re Anita Brown
Agency reference name: 1910921PMM
Bank reference number: 28727733

Dear Michael Assad

We received your subpoena on 10/30/2023. We object to having to produce, inspect, and copy these records because the scope of the subpoena is overly broad and imposes an undue burden on Wells Fargo. Additionally, these records may contain confidential and/or proprietary information.

What you need to know

- Although we are unable to provide the records as requested, we are willing to discuss a mutually acceptable alternative.

- We will bill for the records we send you based on the Federal Rules of Civil Procedure.

If you have questions or wish to discuss an alternative, please call us at 480-724-2000,
Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Deposit and Legal Services
Summons and Subpoenas Department



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

November 06, 2023

Cibik Law P.C.
Michael Assad
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Subject: Response to Federal Civil Bankruptcy Subpoena

Case name: in re Anita Brown
Agency reference name: 1910921PMM
Bank reference number: 28738671

Dear Michael Assad

We received your subpoena on 10/30/2023. We object to having to produce, inspect, and copy these records because the scope of the subpoena is overly broad and imposes an undue burden on Wells Fargo. Additionally, these records may contain confidential and/or proprietary information.

What you need to know

- Although we are unable to provide the records as requested, we are willing to discuss a mutually acceptable alternative.

- We will bill for the records we send you based on the Federal Rules of Civil Procedure.

If you have questions or wish to discuss an alternative, please call us at 480-724-2000, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time.

Thank you.

Deposit and Legal Services
Summons and Subpoenas Department