**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 19-10921-pmm |
| Anita B. Brown, | Chapter 13 |
| Debtor. | **EXHIBIT C** |

**Certification by Debtor's Counsel**

As it pertains to the Debtor's Motion to Compel Discovery Directed to Wells Fargo Bank, N.A., I certify that I attempted to confer with the party failing to make discovery in an effort to obtain it without court action. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 21, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com