**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 19-10921-pmm |
| Anita B. Brown, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Compel Discovery**
**Directed to Wells Fargo Bank, N.A.**

AND NOW, upon consideration of the Debtor's Motion to Compel Discovery Directed to Wells Fargo Bank, N.A., and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Wells Fargo, N.A. must produce all documents responsive to the Debtor's request for production dated October 25, 2023, on or before the fourteenth day after entry of this order.

3. Failure to comply with this Order may result in sanctions consistent with Fed. R. Civ. P. 37.

Date: _____

_____
Patrica M. Mayer
U.S. Bankruptcy Judge

CC:   Stanley Rogers Jr.
        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
        PO Box 130000
        Raleigh, NC 27605