**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 19-10921-pmm |
| Anita B. Brown, | Chapter 13 |
| Debtor. | Related to ECF No. 113 |

**Certificate of No Response**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Debtor's Motion to Compel Discovery Directed to Wells Fargo Bank, N.A. filed on November 21, 2023. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the notice filed with the motion, objections were to be filed and served no later than December 5, 2023. I respectfully request that the proposed order attached to the motion be entered at the earliest convenience of the Court.

Date: December 7, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com