United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anita B. Brown  
    Debtor

Case No. 19-10921-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 08, 2023      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita B. Brown, 1922 W. Spencer Street, Philadelphia, PA 19141-1306 |
| cr | | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 09 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2023 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW M. LUBIN | |

District/off: 0313-2      User: admin      Page 2 of 2
Date Rcvd: Dec 08, 2023      Form ID: pdf900      Total Noticed: 4

| Name | Details |
|---|---|
| | on behalf of Creditor BANK OF AMERICA N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Bank of America N.A. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Anita B. Brown mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Debtor Anita B. Brown mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Anita B. Brown,<br><br>Debtor. | Case No. 19-10921-pmm<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Compel Discovery**
**Directed to Wells Fargo Bank, N.A.**

    **AND NOW**, upon consideration of the Debtor's Motion to Compel Discovery Directed to Wells Fargo Bank, N.A., and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Wells Fargo, N.A. must produce all documents responsive to the Debtor's request for production dated October 25, 2023, on or before the fourteenth day after entry of this order.

3. Failure to comply with this Order may result in sanctions consistent with Fed. R. Civ. P. 37.

Date: **December 8, 2023**

_Patricia M. Mayer_
Patrica M. Mayer
U.S. Bankruptcy Judge

CC:    Stanley Rogers Jr.
        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
        PO Box 130000
        Raleigh, NC 27605