IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                        :Chapter 13
**Anita B. Brown**

    (DEBTOR)                                 :Bankruptcy#19-10921-pmm

PRAECIPE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw Debtor's Objection to the Claim of Wells Fargo, document #110  , we filed in the above-referenced case.

DATED:February 14, 2024        /s/ Michael A. Cibik
                               Michael A.Cibik, Esquire
                               Cibik Law,P.C.
                               1500 Walnut Street, Suite 900
                               Philadelphia, PA 19102
                               (215) 735-1060