# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-10921 |
| **Anita B. Brown,** | : Chapter 13 |
| Debtor. | : Judge Patricia M. Mayer |
| | : * * * * * * * * * * * * * * * * * * * |
| **Anita B. Brown,** | : |
| Movant, | : Related to Document No.128 |
| v. | : |
| | : |
| **Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,** | : |
| **Kenneth E. West,** | : |
| Respondents. | : |

## RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE (DOCKET # 128)

Now comes Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ("Creditor"), by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Motion for Order to Show Cause filed by Anita B. Brown ("Debtor"), on June 3, 2024 at Docket # 128 (the "Motion").

1. Denied. Paragraph 1 of the Motion refers to a document that speaks for itself requiring no response and any characterization thereof is denied.

2. Denied. Paragraph 2 of the Motion contains a legal conclusion, therefore, no response is required.

3. Denied. Paragraph 3 of the Motion contains a legal conclusion, therefore, no response is required.

4. Denied. Paragraph 4 the Motion contains a legal conclusion, therefore, no response is required. By way of further response and without waiver of the forgoing, Creditor reserves the right to further supplement these responses once undersigned counsel has

had the opportunity to confer further with Creditor, having just been retained today, June 21, 2024.

WHEREFORE, Creditor respectfully requests that a hearing be set on the Motion and that the Motion be denied.

Respectfully submitted,

/s/Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

24-013379_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-10921** |
| **Anita B. Brown,** | : **Chapter 13** |
|       Debtor. | : **Judge Patricia M. Mayer** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Anita B. Brown,** | : |
|       Movant, | : **Related to Document No.128** |
|     v. | : |
| | : |
| **Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,** | : |
| **Kenneth E. West,** | : |
|       Respondents. | : |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Response to Motion for Order to Show Cause was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

   Michael I. Assad, Attorney for Anita B. Brown, mail@cibiklaw.com

   Michael A. Cibik, Attorney for Anita B. Brown, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

   Anita B. Brown, 1922 W. Spencer Street, Philadelphia, PA  19141

                                                       /s/Alyk L. Oflazian

24-013379_SCS2