# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Anita B. Brown,<br><br>　　　　　Debtor. | Case No. 19-10921-pmm<br><br>Chapter 13<br><br>Related to ECF No. 128 |

## Praecipe to Withdraw Document

To the Clerk of Court:

　　Please withdraw the Motion for Sanctions/Motion for Order to Show Cause, which was filed with the Court on at ECF No. 128.

Date: June 24, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
　　Michael I. Assad (#330937)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com