**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Anita B. Brown,<br><br>        Debtor. | Case No. 19-10921-pmm<br><br>Chapter 13 |

**Debtor's Objection to Claim No. 5 by Claimant Wells Fargo Bank N.A., d/b/a Wells Fargo Auto**

**AND NOW**, Debtor Anita B. Brown, by and through her attorney, objects to a proof of claim filed by a creditor in this case pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1. In support of this objection, the Debtor states as follows:

1. Claimant Wells Fargo Bank N.A., d/b/a Wells Fargo Auto filed unsecured Proof of Claim No. 5 in the purported amount of $8,601.00 on April 1, 2019. A true and correct copy of the proof of claim is attached as Exhibit A.

2. The alleged debt giving rise to the Claim stems from a Toyota that was purchased by the Debtor and later repossessed by the Claimant.

3. Because a class action settlement is pending that would erase the debt, the Claimant has instructed the Debtor not to make any more payments. Exhibit B.

4. For that reason, the Court must disallow further payments on the claim.

**NOW, THEREFORE**, the Debtor requests that this Court sustain her objection in the form of order attached and grant such other relief in her favor as may be necessary and proper under the law.

Date: July 22, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com