# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10921-pmm |
| Anita B. Brown, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 5 by Claimant Wells Fargo Bank N.A., d/b/a Wells Fargo Auto and the Notice of Objection were served on all parties listed below by first class mail or through the CM/ECF system.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Wells Fargo Bank, N.A. (CM/ECF)

Date: July 22, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com