**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Anita B. Brown,<br><br>                  Debtor. | Case No. 19-10921-pmm<br><br>Chapter 13 |

**Order on Debtor's Objection to Claim No. 5**
**by Claimant Wells Fargo Bank N.A., d/b/a Wells Fargo Auto**

**AND NOW**, after consideration of the Debtor's Objection to Claim No. 5 by Claimant Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, and after notice and a hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Claim No. 5 is **DISALLOWED**.

Date: **September 11, 2024**

_____
Patrica M. Mayer
U.S. Bankruptcy Judge