United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 19-10921-pmm
Anita B. Brown                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin      Page 1 of 2
Date Rcvd: Sep 12, 2024      Form ID: pdf900      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita B. Brown, 1922 W. Spencer Street, Philadelphia, PA 19141-1306 |
| cr |   | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 13 2024 00:20:13 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 12, 2024 | Form ID: pdf900 | Total Noticed: 5 |

ALEXANDRA T. GARCIA
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ALYK L OFLAZIAN
    on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto amps@manleydeas.com

ANDREW M. LUBIN
    on behalf of Creditor BANK OF AMERICA  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEROY W. ETHERIDGE, JR.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL A. CIBIK
    on behalf of Debtor Anita B. Brown help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Anita B. Brown,<br><br>　　　　Debtor. | Case No. 19-10921-pmm<br><br>Chapter 13 |

**Order on Debtor's Objection to Claim No. 5**
**by Claimant Wells Fargo Bank N.A., d/b/a Wells Fargo Auto**

**AND NOW**, after consideration of the Debtor's Objection to Claim No. 5 by Claimant Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, and after notice and a hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Claim No. 5 is **DISALLOWED**.

Date: **September 11, 2024**

　　　　　　　　　　　　　　　　　　　　　Patrica M. Mayer
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge