# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Anita B. Brown,<br><br>*Debtor*. | Case No. 19-10921-PMM<br>Chapter 13 |

### Order Granting Motion to Modify Plan After Confirmation

And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtor Anita B. Brown, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 146 is **APPROVED**.


Date: _____

_____
Patricia M. Mayer
U.S. Bankruptcy Judge