# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Anita B. Brown,<br><br>        Debtor. | Case No. 19-10921-PMM<br><br>Chapter 13 |

### Certificate of Service

      I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Bank of America, N.A. (CM/ECF)

CITY OF PHILADELPHIA LAW DEPARTMENT
TAX & REVENUE UNIT
BANKRUPTCY GROUP, MSB
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
PHILADELPHIA, PA 19102-1595

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

COMCAST
PO BOX 1931
Burlingame, CA 94011

Monroe & Main
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

PHFA/HEMAP
211 NORTH FRONT ST
PO BOX 8029
HARRISBURG, PA 17105


Date: September 23, 2024

                                            CIBIK LAW, P.C.
                                            *Attorney for Debtor*

                                            By: /s/ Michael A. Cibik
                                                Michael A. Cibik (#23110)
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA 19102
                                                215-735-1060
                                                help@cibiklaw.com