**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Anita B. Brown, <br><br> *Debtor*. | Case No. 19-10921-PMM <br> Chapter 13 |

**Praecipe to Withdraw Documents**

To the Clerk of Court:

Please withdraw the following documents:

- Modified Chapter 13 Plan (ECF No. 146)

- Motion to Modify Plan (ECF No. 147)


Date: October 15, 2024          CIBIK LAW, P.C.
                                *Attorney for Debtor*

                                By:/s/ Michael A. Cibik
                                    Michael A. Cibik (#23110)
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA 19102
                                    215-735-1060
                                    help@cibiklaw.com