**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | **ANITA B BROWN** | : | Chapter 13 |
| | | : | |
| | | : | |
| | | : | |
| | | : | |
| | Debtor(s) | : | Bankruptcy No.  19-10921 PMM |

**PRAECIPE TO WITHDRAW**

Kindly withdraw Trustee's Motion to Dismiss case filed on May 8, 2024. Docket entry #126.

Respectfully submitted,

/s/ Kenneth E. West, Esq

October 15, 2024

Kenneth E. West
Chapter 13 Standing Trustee