# Cibik Law, P.C.

# INVOICE

1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Invoice #!1
Date:!11/01/2024

Anita Brown
1922 W. Spencer Street
Philadelphia, PA 19141

## 2405-Brown

## Bankruptcy 19-10921

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 03/02/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted modified Chapter 13 plan | 1.50 | $525.00 |
| 03/02/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify Chapter 13 plan after confirmation | 0.30 | $105.00 |
| 03/27/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted supplement to schedule I/J | 0.30 | $105.00 |
| 04/06/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted modified Chapter 13 plan (Amended) | 0.40 | $140.00 |
| | | **Quantity Subtotal** | | **2.5** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 2.5 | $350.00 | $875.00 |
| | | **Quantity Total** | | **2.5** |
| | | | **Subtotal** | **$875.00** |
| | | | **Total** | **$875.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | | $875.00 | $0.00 | $875.00 |