# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Anita B. Brown,

        Debtor.

Case No. 19-10921-PMM

Chapter 13

### Order

AND NOW, on this ____ day of _____, 2024, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

    It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$875** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date:

By the Court:

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge