**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 19-10921-PMM |
|     Anita B. Brown, | Chapter 13 |
|         Debtor. | |

    I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

    Kenneth E. West (CM/ELF)

    U.S. Trustee (CM/ELF)

    Anita B. Brown
    1922 W. Spencer Street
    Philadelphia, PA 19141

Dated: November 1, 2024

                          CIBIK LAW, P.C.
                          *Attorney for Debtor*

                          By: /s/ Michael A. Cibik
                               Michael A. Cibik (#23110)
                               1500 Walnut Street, Suite 900
                               Philadelphia, PA 19102
                               215-735-1060
                               help@cibiklaw.com