## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Anita B. Brown, | Chapter 13 |
| | Case No. 19-10921-PMM |
| *Debtor.* | |

### Certificate of No Response

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Supplemental Application for Compensation ("the application") filed on November 1, 2024. Pursuant to the notice filed with the application, responses were to be filed and served on or before November 15, 2024. I respectfully request that the proposed order attached to the application be entered at the earliest convenience of the Court.

Date: February 3, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com