# United States Bankruptcy Court
# Eastern District of Pennsylvania

| In re: | Case No. 19-10921-PMM |
|---|---|
| Anita B. Brown, | Chapter 13 |
| Debtor. | |

## Order

AND NOW, on this 4th day of February, 2025 upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$875** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date: 2/4/25

By the Court:

*Patricia M. Mayer*

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge