**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **ANITA B BROWN** | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No.  19-10921 PMM |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Trustee's Motion to Dismiss Case for Failure to Make Plan Payments filed on January 10, 2025. Docket entry #156 and cancel the hearing scheduled for 5/20/2025 at 1:00 PM.

Respectfully submitted,

March 17, 2025

/s/ Kenneth E. West, Esq

Kenneth E. West
Chapter 13 Standing Trustee