UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | ANITA B BROWN | CASE NO: | 19-10921 |
| | | CHAPTER: | 13 |
| | Debtor (s) | | |

### NOTICE OF CLAIM SATISFACTION

As to Claim 5-1 filed on 04/01/2019, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

04/03/2025                     /s/Tamika Chew
                               Bankruptcy Processor
                               Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

### CERTIFICATE OF SERVICE

BK-07 (03/03/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | ANITA B BROWN | CASE NO: | 19-10921 |
| | | CHAPTER: | 13 |

    Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 04/03/2025, I served a true and correct copy of the above notice of claim satisfaction as follows:

☑ By CM/ECF:
    Tamika Chew
    Associate Bankruptcy Processor

☐ By mail:
    [Name]
    [Address]

☐ By [Method of delivery]:
    [Name]
    [Address]

04/03/2025                      /s/Tamika Chew
                                   Bankruptcy Processor
                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto