Certificate Number: 16339-PAE-DE-039545637

Bankruptcy Case Number: 19-10921



16339-PAE-DE-039545637

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 11, 2025, at 5:07 o'clock PM EDT, Anita Brown completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 11, 2025

By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor