United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-10921-pmm
Anita B. Brown  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 14, 2025 | Form ID: 138OBJ | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita B. Brown, 1922 W. Spencer Street, Philadelphia, PA 19141-1306 |
| 14281803 | + | Bank of America, N.A., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14282655 | + | Bank of America, NA, c/o ALEXANDRA T. GARCIA, ESQUIRE,, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14273523 | + | Cibik and Cataldo, P.C., 437 Chestnut Street, Suite 1000, Philadelphia, PA 19106-2426 |
| 14273526 | + | Commonwealth of PA, Dept. Of Public Welfare, Harrisburg, PA 17120-0001 |
| 14273528 | + | Commwewalth of PA--Attorney General, Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14273535 | + | Interstate Credit & Co, 21 W Fornance St, Norristown, PA 19401-3300 |
| 14273537 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14273538 | | Pa Housing Finance Age, Agency, Harrisburg, PA 17101 |
| 14273540 | + | Pearl Mitchell, 350 Haws Lane, Flourtown, PA 19031-2100 |
| 14273542 | + | Vedngroff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |
| 14900377 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive Columbus, OH 43204-3825 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 15 2025 01:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2025 01:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14273520 | + | Email/Text: amscbankruptcy@adt.com | Apr 15 2025 01:17:00 | ADT Security, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 14273521 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2025 01:16:00 | Bank of America Mortgage, P.O. Box 15222, Wilmington, DE 19886-5222 |
| 14314026 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 15 2025 01:31:20 | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14770074 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2025 01:16:00 | Bank of America, N.A., PO BOX 31785, Tampa FL, 33631-3785 |
| 14285096 | | Email/Text: megan.harper@phila.gov | Apr 15 2025 01:17:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14273524 | | Email/Text: megan.harper@phila.gov | Apr 15 2025 01:17:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14273525 | | Email/Text: megan.harper@phila.gov | Apr 15 2025 01:17:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 1515 Arch Street, Philadelphai, PA 19102 |
| 14292388 | + | Email/Text: documentfiling@lciinc.com | Apr 15 2025 01:16:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14273522 | | Email/Text: ecf@ccpclaw.com | Apr 15 2025 01:16:00 | Cibik and Cataldo, P.C., 225 S. 15th Street, Suite 1635, Philadelphia, PA 19102, ccpc@ccpclaw.com |
| 14273527 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2025 01:17:00 | Commonwealth of PA-Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14273529 | | Email/Text: bankruptcycourts@equifax.com | Apr 15 2025 01:16:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14273530 | ^ | MEBN | Apr 15 2025 01:13:59 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14273531 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 15 2025 01:31:35 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14273532 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 15 2025 01:16:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14273536 | + | Email/Text: bankruptcy@sccompanies.com | Apr 15 2025 01:17:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14293402 | + | Email/Text: bankruptcy@sccompanies.com | Apr 15 2025 01:17:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14371332 | | Email/Text: blegal@phfa.org | Apr 15 2025 01:17:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14273539 | + | Email/Text: blegal@phfa.org | Apr 15 2025 01:17:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14273541 | | Email/Text: DASPUBREC@transunion.com | Apr 15 2025 01:16:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14273543 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 15 2025 01:16:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14900083 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 15 2025 01:31:37 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14300025 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Apr 15 2025 01:31:33 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14899815 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 15 2025 01:31:35 | Wells Fargo Bank, N.A., P.O. Box 169005, Irving, TX 75016-9005 |
| 14273544 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Apr 15 2025 01:31:51 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |
| 14273545 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 15 2025 01:31:35 | Wfs Financial/Wachovia Dealer Srvs, PO Box 3569, Rancho Cucamonga, CA 91729-3569 |
| 14273546 | | Email/Text: eforbes@ph13trustee.com | Apr 15 2025 01:17:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14273533 | * | I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 12051, Philadelphia, PA 19105-2051 |
| 14273534 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, I.R.S., Special Procedures Branch, Insolvency Unit, P.O. Box 21126, Philadelphia, PA 19114 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW M. LUBIN | on behalf of Creditor BANK OF AMERICA  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Anita B. Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Stephen Franks | on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*Form 138OBJ* (6/24)−doc 171 − 164

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Anita B. Brown ) Case No. 19−10921−pmm
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

                 Eastern District of Pennsylvania
                 900 Market Street
                 Suite 400
                 Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 14, 2025                                                                           For The Court

                                                                                         Timothy B. McGrath
                                                                                          Clerk of Court