United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-10921-pmm
--- | ---
Anita B. Brown | Chapter 13
Debtor |

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
--- | --- | ---
Date Rcvd: Sep 12, 2025 | Form ID: 138FIN | Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

Recip ID | | Recipient Name and Address
--- | --- | ---
db | + | Anita B. Brown, 1922 W. Spencer Street, Philadelphia, PA 19141-1306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address
--- | --- | --- | ---
smg | Email/Text: megan.harper@phila.gov | Sep 13 2025 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595
smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2025 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

Name | Email Address
--- | ---
ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto amps@manleydeas.com
ALEXANDRA T. GARCIA | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Sep 12, 2025                           Form ID: 138FIN                          Total Noticed: 3

ANDREW M. LUBIN
                    on behalf of Creditor BANK OF AMERICA  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

FRANCIS THOMAS TARLECKI
                    on behalf of Creditor Bank of America  N.A. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEROY W. ETHERIDGE, JR.
                    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

MARISA MYERS COHEN
                    on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL A. CIBIK
                    on behalf of Debtor Anita B. Brown help@cibiklaw.com
                    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                    m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*Form 138FIN* (6/24)–doc 177 – 176

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )
     Anita B. Brown            )       Case No. 19–10921–pmm
                          )
                          )
     Debtor(s).               )       Chapter: 13
                          )
                          )

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: September 12, 2025

For The Court

Mohung Wong
Clerk of Court